**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. FEI GUAN, | |
| *Plaintiff,* | Case No.: 1:18-cv-795 (CMH/JFA) |
| v. | |
| ADVANCED SYSTEMS TECHNOLOGY AND MANAGEMENT, INC., et al., | |
| *Defendants.* | |

**DEFENDANTS ADVANCED SYSTEMS TECHNOLOGY AND MANAGEMENT, INC.,**
**AND BING RAN'S ANSWER TO FIRST AMENDED COMPLAINT**

Defendants Advanced Systems Technology and Management, Inc. ("AdSTM") and Bing

Ran, by and through their undersigned counsel, state the following for their Answer to Plaintiff's

First Amended Complaint:

1.      Paragraph 1 of the Complaint states legal conclusions to which no response is

required. To the extent a response is required, the matter is denied.

2.      Paragraph 2 of the Amended Complaint states legal conclusions to which no

response is required. To the extent a response is required, the matter is denied.

3.      Paragraph 3 of the Amended Complaint states legal conclusions to which no

response is required. To the extent a response is required, the matter is denied.

4.      Paragraph 4 of the Amended Complaint states legal conclusions to which no

response is required. To the extent a response is required, the matter is denied.

5.      Paragraph 5 of the Amended Complaint states legal conclusions to which no

response is required. To the extent a response is required, the matter is denied.

6.      Paragraph 6 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

7.      Paragraph 7 of the Amended Complaint is denied.

8.      The allegations contained in Paragraph 8 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

9.      Paragraph 9 of the Amended Complaint is denied.

10.     Paragraph 10 of the Amended Complaint is denied.

11.     Paragraph 11 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

12.     Paragraph 12 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

13.     Paragraph 13 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

14.     Paragraph 14 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

15.     Paragraph 15 of the Amended Complaint is admitted to the extent that Relator was a former employee of AdSTM as the Director of Business Development and began his employment in 2008 and was terminated on August 3, 2018. All matters not expressly admitted are denied.

16.     Paragraph 16 of the Amended Complaint is admitted to the extent that AdSTM is a Virginia Corporation with a principal place of business at 7925 Jones Branch Drive, Suite 5400, Virginia 22102. All matters not specifically admitted are denied.

2

17.     The allegations contained in Paragraph 17 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

18.     The allegations contained in Paragraph 18 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

19.     The allegations contained in Paragraph 19 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

20.     Admitted only that Bing Ran is a Virginia resident. All matters not specifically admitted are denied.

21.     The allegations contained in Paragraph 21 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

22.     The allegations contained in Paragraph 22 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

23.     Paragraph 23 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

24.     Paragraph 24 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

25.     Paragraph 25 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

26.     Paragraph 26 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

27.     Paragraph 27 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

28.     Paragraph 28 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

29.     Paragraph 29 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

30.     Paragraph 30 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

31.     Paragraph 31 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

32.     Paragraph 32 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

33.     Paragraph 33 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

34.     Paragraph 34 of the Amended Complaint is admitted.

35.     Paragraph 35 is admitted to the extent that the AdSTM office was first located at 8229 Boone Blvd and then moved to 7925 Jones Branch Drive. All matters not specifically admitted are denied.

36.     Paragraph 36 is admitted only to the extent that on or about June 4, 1999, AdSTM obtained SBA Section 8(a) certification. All matters not specifically admitted are denied.

37.     Paragraph 37 of the Amended Complaint is admitted.

38.     Paragraph 38 of the Amended Complaint is denied.

39.     Paragraph 39 of the Amended Complaint is denied.

40.     Paragraph 40 of the Amended Complaint is admitted to the extent that on or about June 2008, Alice Guan sold a 2% share of AdSTM to Ran. All matters not specifically admitted are denied.

41.     Admitted to the extent that Ran served as AdSTM's CEO until on or around 2014, when AdSTM designated Gary Bell as CEO. All matters not specifically admitted are denied.

42.     Admitted.

43.     Admitted to the extent that ownership of AdSTM was divided between Alice Guan and Ran in their divorce and Ran maintains a seat on AdSTM's board of directors. All matters not specifically admitted are denied.

44.     The allegations contained in Paragraph 44 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

45.     The allegations contained in Paragraph 45 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

46.     The allegations contained in Paragraph 46 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

47.     The allegations contained in Paragraph 47 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

48.     Paragraph 48 of the Amended Complaint is denied.

49.     Paragraph 49 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

50.     Paragraph 50 of the Amended Complaint is denied.

51.     Paragraph 51 of the Amended Complaint is denied.

52.     Paragraph 52 of the Amended Complaint is denied.

53.     Paragraph 53 of the Amended Complaint is admitted to the extent that Ran served as AdSTM's CEO at some point during AdSTM's operation. All matters not specifically admitted are denied.

54.     Paragraph 54 of the Amended Complaint is denied.

55.     Paragraph 55 of the Amended Complaint is denied.

56.     Paragraph 56 of the Amended Complaint is denied.

57.     The allegations contained in Paragraph 57 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

58.     The allegations contained in Paragraph 58 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

59.     The allegations contained in Paragraph 59 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

60.     Paragraph 60 of the Amended Complaint is denied.

61.     Paragraph 61 of the Amended Complaint is denied.

62.     Paragraph 62 of the Amended Complaint is denied.

63.     Paragraph 63 of the Amended Complaint is admitted.

64.     Paragraph 64 of the Amended Complaint is admitted.

65.     Paragraph 65 of the Amended Complaint is admitted.

66.     Paragraph 66 of the Amended Complaint is denied.

67.     Paragraph 67 of the Amended Complaint is denied.

68.     Paragraph 68 of the Amended Complaint is denied.

69.     Paragraph 69 of the Amended Complaint is denied.

70.     Admitted only to the extent that AdSTM graduated from 8(a) program in 2008.

All matters not specifically admitted are denied.

71.     Paragraph 71 of the Amended Complaint is denied.

72.     Paragraph 72 of the Amended Complaint is denied.

73.     Paragraph 73 of the Amended Complaint is denied.

74.     Paragraph 74 of the Amended Complaint is denied.

75.     Paragraph 75 of the Amended Complaint is denied.

76.     Paragraph 76 of the Amended Complaint is denied.

77.     Paragraph 77 of the Amended Complaint is denied.

78.     Paragraph 78 of the Amended Complaint is denied.

79.     Paragraph 79 of the Amended Complaint is denied.

80.     Paragraph 80 of the Amended Complaint is denied.

81.     Admitted only to the extent that DSS suspended AdSTM's Top Secret Clearance
in or around 2014. All matters not specifically admitted are denied.

82.     Paragraph 82 of the Amended Complaint is denied.

83.     The allegations contained in Paragraph 83 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

84.     The allegations contained in Paragraph 84 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

85.     The allegations contained in Paragraph 85 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

86.     The allegations contained in Paragraph 86 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

87.     The allegations contained in Paragraph 87 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

88.     Paragraph 88 of the Amended Complaint is denied.

89.     Paragraph 89 of the Amended Complaint is denied.

90.     Paragraph 90 of the Amended Complaint is denied.

91.     Paragraph 91 of the Amended Complaint is denied.

92.     The allegations contained in Paragraph 92 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

93.     The allegations contained in Paragraph 93 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

94.     The allegations contained in Paragraph 94 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

95.     The allegations contained in Paragraph 95 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

96.     The allegations contained in Paragraph 96 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

97.     The allegations contained in Paragraph 97 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

98.     Paragraph 98 of the Amended Complaint is denied.

99.     The allegations contained in Paragraph 99 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

100.     The allegations contained in Paragraph 100 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

101.    The allegations contained in Paragraph 101 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

102.    The allegations contained in Paragraph 102 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

103.    The allegations contained in Paragraph 103 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

104.    The allegations contained in Paragraph 104 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

105.    Paragraph 105 of the Amended Complaint is denied.

106.    The allegations contained in Paragraph 106 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

107.     The allegations contained in Paragraph 107 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

108.    The allegations contained in Paragraph 108 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

109.    The allegations contained in Paragraph 109 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

110.    The allegations contained in Paragraph 110 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

111.    The allegations contained in Paragraph 111 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

112.    The allegations contained in Paragraph 112 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

113.    The allegations contained in Paragraph 113 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

114.    The allegations contained in Paragraph 114 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

115.    The allegations contained in Paragraph 115 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

116.     The allegations contained in Paragraph 116 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

117.     The allegations contained in Paragraph 117 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

118.     The allegations contained in Paragraph 118 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

119.     The allegations contained in Paragraph 119 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

120.     The allegations contained in Paragraph 120 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

121.     Paragraph 121 of the Amended Complaint is denied.

122.     The allegations contained in Paragraph 122 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

123.     The allegations contained in Paragraph 123 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

124.    The allegations contained in Paragraph 124 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

125.    The allegations contained in Paragraph 125 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

126.    The allegations contained in Paragraph 126 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

127.    The allegations contained in Paragraph 127 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

128.    The allegations contained in Paragraph 128 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

129.    The allegations contained in Paragraph 129 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

130.    The allegations contained in Paragraph 130 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

131.     The allegations contained in Paragraph 131 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

132.     The allegations contained in Paragraph 132 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

133.     Paragraph 133 of the Amended Complaint is denied.

134.     Paragraph 134 of the Amended Complaint is admitted only to the extent that AdSTM was the subcontractor on the bid.

135.     Paragraph 135 of the Amended Complaint is denied.

136.     The allegations contained in Paragraph 136 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

137.     Paragraph 137 of the Amended Complaint is denied.

138.     The allegations contained in Paragraph 138 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

139.     The allegations contained in Paragraph 139 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

140.     The allegations contained in Paragraph 140 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

141.     The allegations contained in Paragraph 141 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

142.     The allegations contained in Paragraph 142 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

143.     The allegations contained in Paragraph 143 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

144.     The allegations contained in Paragraph 144 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

145.     Paragraph 145 of the Amended Complaint is denied.

146.     The allegations contained in Paragraph 146 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

147.     The allegations contained in Paragraph 147 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

148.     Paragraph 148 of the Amended Complaint is denied.

149.     The allegations contained in Paragraph 149 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

150.    Paragraph 150 of the Amended Complaint is denied.

151.    Paragraph 151 of the Amended Complaint is denied.

152.    Paragraph 152 of the Amended Complaint is denied.

153.    Paragraph 153 of the Amended Complaint is denied.

154.    Paragraph 154 of the Amended Complaint is denied.

155.    Paragraph 155 of the Amended Complaint is denied.

156.    Paragraph 156 of the Amended Complaint is denied.

157.    Paragraph 157 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

158.    Paragraph 158 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

159.    Paragraph 159 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

160.    Paragraph 160 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

161.    Paragraph 161 of the Amended Complaint is admitted only to the extent that AdSTM graduated from SBA section 8(a) program in 2008. All matters not specifically admitted are denied.

162.    Paragraph 162 of the Amended Complaint is denied.

163.    Paragraph 163 of the Amended Complaint is denied.

164.    Paragraph 164 of the Amended Complaint is denied.

165.    Paragraph 165 of the Amended Complaint is denied.

166.    Paragraph 166 of the Amended Complaint is denied.

16

167.    Paragraph 167 of the Amended Complaint is denied.

168.    Paragraph 168 of the Amended Complaint is denied.

169.    Paragraph 169 of the Amended Complaint is denied.

170.    Paragraph 170 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

171.    These Defendants are without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 171 of the Amended Complaint. To the extent a response is required, the matter is denied.

172.    These Defendants are without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 172 of the Amended Complaint. To the extent a response is required, the matter is denied.

173.    Paragraph 173 of the Amended Complaint is admitted.

174.    Paragraph 174 of the Amended Complaint is admitted.

175.    Paragraph 175 of the Amended Complaint is denied.

176.    The allegations contained in Paragraph 176 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

177.    Paragraph 177 of the Amended Complaint is denied.

### COUNT I
### Violations of the False Claims Act, 31 U.S.C. § 3729(a)(1)(A)
### Fraud in the Inducement
### (As to All Defendants)

178.    Defendants hereby incorporate by reference the previous paragraphs above. On February 6, 2022 Defendants entered into a settlement agreement with Relator and the United States where there was no admission of liability and a voluntary dismissal with prejudice was

filed with the court. Therefore, this claim is no longer valid as against these Defendants Subject to and without waiving the dismissal with prejudice, Defendants provide the following answers to this claim.

179.    Paragraph 179 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

180.    Paragraph 180 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

181.    Paragraph 181 of the Amended Complaint is denied.

182.    Paragraph 182 of the Amended Complaint is denied.

183.    Paragraph 183 of the Amended Complaint is denied.

184.    The allegations contained in Paragraph 184 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

185.    The allegations contained in Paragraph 185 of the Amended Complaint are not directed at these Defendants and therefore no response is required. To the extent a response is required, the matter is denied.

186.    Paragraph 186 of the Amended Complaint is denied.

## COUNT II
## Violations of the False Claims Act, 31 U.S.C. § 3729(a)(1)(A)
## False Certification
## (As to All Defendants)

187.    Defendants hereby incorporate by reference the previous paragraphs above. On February 6, 2022 Defendants entered into a settlement agreement with Relator and the United States where there was no admission of liability and a voluntary dismissal with prejudice was filed with the court. Therefore, this claim is no longer valid as against these Defendants and all

matters are expressly denied. Subject to and without waiving the dismissal with prejudice, Defendants provide the following answers to this claim.

188.    Paragraph 188 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

189.    Paragraph 189 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

190.    Paragraph 190 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

191.    Paragraph 191 of the Amended Complaint is denied.

192.    Paragraph 192 of the Amended Complaint is denied.

193.    Paragraph 193 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

194.    Paragraph 194 of the Amended Complaint is denied.

195.    Paragraph 195 of the Amended Complaint is denied.

196.    Paragraph 196 of the Amended Complaint is denied.

197.    Paragraph 197 of the Amended Complaint is denied.

198.    Paragraph 198 of the Amended Complaint is denied.

**COUNT III**
**Violations of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B)**
**Creating a False Record or Statement Material to a False Claim**
**(As to All Defendants)**

199.    Defendants hereby incorporate by reference the previous paragraphs above. On February 6, 2022 Defendants entered into a settlement agreement with Relator and the United States where there was no admission of liability and a voluntary dismissal with prejudice was filed with the court. Therefore, this claim is no longer valid as against these Defendants and all

matters are expressly denied. Subject to and without waiving the dismissal with prejudice, Defendants provide the following answers to this claim.

200.    Paragraph 200 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, the matter is denied.

201.    Paragraph 201 of the Amended Complaint is denied.

202.    Paragraph 202 of the Amended Complaint is denied.

203.    Paragraph 203 of the Amended Complaint is denied.

204.    Paragraph 204 of the Amended Complaint is denied.

205.    Paragraph 205 of the Amended Complaint is denied.

**COUNT IV**
**Violations of the False Claims Act, 31 U.S.C. § 3729(a)(1)(C)**
**Conspiracy to Violate the FCA**
**(As to All Defendants)**

206.    Defendants hereby incorporate by reference the previous paragraphs above. On February 6, 2022 Defendants entered into a settlement agreement with Relator and the United States where there was no admission of liability and a voluntary dismissal with prejudice was filed with the court. Therefore, this claim is no longer valid as against these Defendants and all matters are expressly denied. Subject to and without waiving the dismissal with prejudice, Defendants provide the following answers to this claim.

207.    Paragraph 207 of the Amended Complaint is denied.

208.    Paragraph 208 of the Amended Complaint is denied.

209.    Paragraph 209 of the Amended Complaint is denied.

210.    Paragraph 210 of the Amended Complaint is denied.

211.    Paragraph 211 of the Amended Complaint is denied.

212.    Paragraph 212 of the Amended Complaint is denied.

213.    Paragraph 213 of the Amended Complaint is denied.

214.    Paragraph 214 of the Amended Complaint is denied.

215.    Paragraph 215 of the Amended Complaint is denied.

### COUNT V
### Violations of the False Claims Act, 31 U.S.C. § 3730(h)
### FCA Retaliation
### (As to Defendant AdSTM)

216.    Defendants hereby incorporate by reference the previous paragraphs above.

217.    Paragraph 217 of the Amended Complaint is denied.

218.    Paragraph 218 of the Amended Complaint is denied.

219.    Paragraph 219 of the Amended Complaint is denied.

220.    Paragraph 220 of the Amended Complaint is denied.

221.    Paragraph 221 of the Amended Complaint is denied.

222.    Paragraph 222 of the Amended Complaint is denied.

### **AFFIRMATIVE DEFENSES**

1.    All allegations not specifically admitted in this Answer are denied.

2.    Defendants deny they are liable to the Plaintiff in any amount, for any cause whatsoever.

3.    Defendants deny that the Plaintiff has been damaged in the amount and to the extent alleged.

4.    Defendant avers that Plaintiff has failed to state a claim against it for which the relief requested may be granted.

5.    Counts I-IV of this Amended Complaint have already been dismissed with prejudice as against these Defendants, with no admission of liability. Therefore, Plaintiff is not entitled to the relief sought as to those claims.

21

6.      Defendants complied with all relevant obligations and standards.

7.      Plaintiff's termination was not retaliatory, but was in fact because the position had been terminated, as he was told. It has not since been brought back or otherwise filled.

8.      The injuries sustained by Plaintiff, if any, were caused by his own acts and/or omissions of others.

9.      Defendants will rely on all other properly provable defenses to this action which are revealed through investigation, discovery or at trial and reserve the right to amend this Answer at any time.

**WHEREFORE**, for the reasons set forth above, Defendants, Advanced Systems Technology and Management, Inc. and Bing Ran, by counsel, respectfully requests judgment in their favor together with costs expended, and any other relief this Court deems proper and just.

**TRIAL BY JURY IS DEMANDED.**

Respectfully submitted,

**ADVANCED SYSTEMS**
**TECHNOLOGY**
**AND MANAGEMENT, INC.**
**AND BING RAN**
By Counsel

*/s/ Eric P. Burns                              .*
Eric P. Burns (VSB # 76554)
Hannah F. Supernor (VSB # 95020)
NOVA Business Law Group, LLP
4151 Chain Bridge Road
Fairfax, Virginia 22030
(703) 766-8081 (tel)
(703) 766-8085 (fax)
eburns@novablg.com
hsupernor@novablg.com

**<u>CERTIFICATE OF SERVICE</u>**

I electronically filed the foregoing with the clerk of court for the United States District Court for the Eastern District of Virginia, on this 31st day of July, 2023, using the CM/ECF system, which will send notification of such filing (NEF) to all CM/ECF registered attorneys on the NEF who have enetered their appearance.

*/s/ Eric P. Burns*                          .
Eric P. Burns
